547 F.Supp.2d 1321

NORSK HYDRO CANADA INC., Plaintiff, v. UNITED STATES, Defendant, and U.S. MAGNESIUM, LLC, Defendant-Intervenor.

Court No. 03–00828

## JUDGMENT

POGUE, Judge: Upon consideration of the Department of Commerce remand results filed in response to the Court's order of November 28, 2007, Plaintiff's comments, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained, and it is further

ORDERED that judgment is entered in favor of the United States.